UNITED STATES DISTRICT COURT
EASATERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY COBBS,

    Plaintiff,

vs.

                                        Civil Action No.
                                        11-CV-12142

ALFINO DONASTORG, el al.,         HON. MARK A. GOLDSMITH

    Defendants.

_____/

## **JUDGMENT**

For the reasons stated in the opinion issued on this date, it is ordered and adjudged that summary judgment is granted in favor of Defendants Donastorg and Peck with regard to the federal claims asserted against them; the remaining state law claims are remanded.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

                                   By:    s/Deborah J. Goltz
                                                 DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE